**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NANCY MARIA BRISENO-CASTILLO,

                             Petitioner,

          -against-                                   26 **CIVIL** 0215 (JPO)

                                            **JUDGMENT**

KENNETH GENALO, et al.,

                            Respondents.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 2, 2026, the Court DISMISSES this action as moot without prejudice to Petitioner's ability to seek habeas relief from the appropriate court should she be re-detained. Accordingly, the case is closed.

**Dated:** New York, New York

       March 5, 2026

                                      **TAMMI M. HELLWIG**

                                    _____
                                      **Clerk of Court**

                  **BY:**

                                      _____
                                      **Deputy Clerk**